**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **ANNE SAVARESE,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:17-cv-01017 |
| | : | |
| vs. | : | Judge Smith |
| | : | |
| **LIBERTY LIFE ASSURANCE** | : | Magistrate Judge Deavers |
| **COMPANY OF BOSTON, *et al.,*** | : | |
| | : | |
| Defendants. | : | |

### VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT CENTENE MANAGEMENT COMPANY, LLC LONG-TERM DISABILITY PLAN

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Anne Savarese, hereby dismisses, without prejudice, her claims against Defendant Centene Management Company, LLC Long-Term Disability Plan **only**.  Plaintiff is not dismissing her claims against Defendant Liberty Life Assurance Company of Boston.

Respectfully submitted,

*/s/ Gregory R. Mansell*

Gregory R. Mansell (0085197)
*Greg@MansellLawLLC.com*
Carrie J. Dyer (0090539)
*Carrie@MansellLawLLC.com*
Mansell Law LLC
1457 S. High Street
Columbus, Ohio 43207
Ph: 614.610.9899
Fax: 513.826.9311
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 31st day of January 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


*/s/ Gregory R. Mansell*
Gregory R. Mansell (0085197)